| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Wallace, J. Clifford | 2. Court or Organization United States Court of Appeals Ninth Circuit | 3. Date of Report 05/14/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address United States Courthouse 940 Front Street, #4192 San Diego, California 92101-8918 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Advisor | Thailand Judicial Training Institute |
| 3. Member | ABA Asia Law Initiative Council |
| 4. Member | Council of Visitors of California Western School of Law |
| 5. Member | William H. Rehnquist Center's National Board of Academic Advisors |
| 6. Member | ABA-UNDP Advisory Committee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Wallace , J. Clifford**

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 05/14/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | OPDAT | 1/16/10 to 1/25/10 | Sofia, Bulgaria | | Transportation, Food, Lodging Expenses |
| 2. | Thailand Judiciary | 1/25/10 to 1/27/10 | Bangkok, Thailand | Consultancy | Food & Lodging Expense |
| 3. | Malaysia Judiciary | 1/28/10 to 2/4/10 | Kuala Lumpur, Malaysia | Conference on Mediation | Transportation, Food, Lodging Expenses |
| 4. | The Church of Jesus Christ of Latter-Day Saints | 2/7/10 to 2/13/10 | Salt Lake City, Utah | Attend Government Relations Conference | Transportation Expense |
| 5. | Tetra Tech, Inc. | 2/13/10 to 2/19/10 | Amman, Jordan | Consultancy | Transportation, Food , Lodging Expenses |
| 6. | Brigham Young University - Santa Clara University | 2/22/10 to 2/24/10 | Santa Clara, California | Lecture | Transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wallace, J. Clifford | 05/14/2011 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 7. | Pepperdine University | 3/18/10 to 3/20/10 | Malibu, California | Byrne Judicial Clerkship Institute | Transportation, Food |
| 8. | Brigham Young Univesity | 4/22/10 to 4/23/10 | Provo, Utah | Breakfast Meeting | Transportation, Food |
| 9. | J. Reuben Clark Law Society | 4/24/10 | Silicon Valley, CA | Breakfast Meeting | Transportation |
| 10. | Sandra Day O'Connor College of Law | 4/24/10 to 4/26/10 | Mesa, Arizona | National Forum of the Future of Legal Education | Transportation, Food, Lodging Expenses |
| 11. | International Finance Corporation | 4/27/10 to 5/1/10 | Lahore, Pakistan | National Conference on ADR | Transportation, Food, Lodging Expenses |
| 12. | Singapore Judiciary | 5/1/10 to 5/7/10 | Singapore | Inter Pacific Bar Assoc. Annual Conference | Hotel Expense |
| 13. | University of Utah | 5/13/10 to 5/15/10 | Salt Lake City, Utah | Commencement Address | Transportation, Food, Lodging Expenses |
| 14. | U.S.Patent & Trademark Office, Office of External Affairs | 6/6/10 to 6/8/10 | Dead Sea, Jordan | Attend Global Intellectual Property Academy Regional Judicial Workshop | Transportation, Food, Lodging Expenses |
| 15. | CEELI | 7/17/10 to 7/23/10 | Prague, Czech Republic | Conference on Annual Meeting CEELI Institute | Transportation, Food, Lodging Expenses |
| 16. | Church of Jesus Christ of Latter-Day Saints | 8/10/10 | Salt Lake City, Utah | Meeting re: China Trip | Transportation Expense |
| 17. | Brigham Young University | 8/13/10 to 8/15/10 | Beijing, China | Attend Religion & The Rule of Law Seminar Training Program | Transportation, Food, Lodging Expenses |
| 18. | ABA Roli | 10/1/10 to 10/9/10 | Singapore & Philippines & Malaysia | Attend Conference & speak on Rule of Law | Transportation, Food, Lodging Expenses |
| 19. | U.S. Department of State | 10/9/10 to 10/22/10 | Indonesia | Consultancy | Transportation, Food, Lodging Expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 05/14/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 05/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Transwest Credit Union | B | Int./Div. | M | T | | | | | |
| 2. Changing Parameters | A | None | N | T | | | | | |
| 3. Changing Parameters Annuity | | None | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ J. Clifford Wallace

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544